# COURTROOM MINUTES
# CRIMINAL

DATE: 5/3/2021  DAY: Monday  START TIME: 1:09 PM  END TIME: 1:24 PM
JUDGE/MAG.: SLC  CLERK: JLS  REPORTER: FTR
PROBATION OFFICER: K. Kiel  INTERPRETER:  SWORN: YES ☐ NO ☐
CASE NUMBER: 21-mj-72-slc  CASE NAME: USA v. Brandon Nelson; USA v. Abram Markofski
PROCEEDING: Rule 5 Initial Appearance

**APPEARANCES:**
ASST. U.S. ATTY.: Elizabeth Altman  DEFENDANT ATTY.: Joseph Bugni

DEFENDANT PRESENT: ☒ YES  ☐ NO  ☐ EXCUSED BY COURT

Defendants released; conditions set.
Zoom hearing set for 5/10/2021 at 1:00 pm (EDT)

TOTAL COURT TIME: 15 min